

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| IN RE:<br><br>Nancy L. Boyer | |
| U.S. Bank, National Association, as Trustee for Credit Suisse First Boston CSFB 2004-AR3<br><br>VS.<br><br>Nancy L. Boyer | CHAPTER 13<br>CASE NO. 13-41263-HJB |

06/03/2013 DENIED WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH MLBR 13-16-1(a)(3) [MLBR 13-16-1(a)(4)] AND MLBR 13-16-1(d).

<u>MOTION FOR RELIEF FROM STAY</u>

To the Honorable Henry J. Boroff:

U.S. Bank, National Association, as Trustee for Credit Suisse First Boston CSFB 2004-AR3, your moving party in the within Motion, respectfully represents:

1. The movant has a mailing address of c/o its servicer, Wells Fargo Bank, N.A., dba America's Servicing Company, 1 Home Campus, ATTN: Bankruptcy Payment Processing, MAC # X2302-04C, Des Moines, IA 50328.

2. The debtor, Nancy L. Boyer, has a mailing address of 2 Dufton Road, Andover, MA 01810.

3. On May 12, 2013, the debtor filed a petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4. Prior to the filing of this bankruptcy case, U.S. Bank, National Association, as Trustee for Credit Suisse First Boston CSFB 2004-AR3 purchased the property identified as <u>2 Dufton Road, Andover, MA 01810</u> at a foreclosure auction conducted on December 14, 2009, at approximately 10:00am for the purchase sale price of $339,368.30,