# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

Nancy L. Boyer

Debtor(s)

Chapter 13
Case No. 13-41263-HJB

## MOTION AND AGREED ORDER TO EXTEND TIME FOR CHAPTER 13 TRUSTEE TO FILE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND EXEMPTIONS

Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee") and the Debtor(s) hereby move that this Court extend the deadline for the Trustee to file an Objection to Confirmation of the Chapter 13 Plan and Exemptions to AUGUST 30, 2013. As grounds therefore, the parties state the following:

1. The Debtor(s) will produce the following documents to the Trustee on or before July 19, 2013 proof of Debtor's social security number

2. The Debtor(s) shall file the following on or before AUG 9, 2013.
   ___ Amended Plan          _X_ DSO/Tax Affidavit
   ___ Amended Schedules _____
   ___ Other _____

3. In the event of a default on terms of this Motion and Order, it is agreed that upon the Trustee filing a Certificate of Non-Compliance, on seven (7) days notice to the Debtor(s) and Debtor's attorney, this case may be dismissed without further Order or hearing of the Court.

WHEREFORE, the Trustee and the Debtor request that the within Motion and Order be allowed.

_____  _____  X _Nancy L. Boyer_
Chapter 13 Trustee         Attorney for Debtor(s)      Debtor(s) Nancy L. Boyer
                           Andrew W. Evans, Esq.

SO ORDERED: _____
            U.S. Bankruptcy Judge            Dated