UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br><br>Nancy L. Boyer | CHAPTER 13<br>CASE NO. 13-41263-HJB |

ASSENTED TO MOTION TO CONTINUE HEARING ON MOTION FOR
RELIEF FROM AUTOMATIC STAY

      Now comes U.S. Bank, National Association, as Trustee for Credit Suisse First Boston CSFB 2004-AR3 ("U.S. Bank") and moves that the hearing for its Motion for Relief from Automatic Stay scheduled for August 20, 2013 be continued to September 3, 2013 or the date that the court sets the hearing on the Motion for Preliminary Injunction filed in the Adversary Proceeding (case #13-04056). In support of its Motion, U.S. Bank states as follows:

1. Parties have filed a Motion to Continue the hearings in Adversary Case No. 13-04056 currently scheduled for August 20, 2013 regarding Plaintiff's Motion for Preliminary Injunction and Defendant's Motion to Dismiss.

2. Parties wish to have the hearing on the Motion for Relief in the underlying bankruptcy case (13-41263) be continued to the same date that the hearings in the Adversary Proceeding are continued to.

3. As indicated below, Debtor's Counsel assents to the allowance of this Motion.

      WHEREFORE, U.S. Bank respectfully requests that the hearing for its Motion for Relief from Automatic Stay scheduled for August 20, 2013 be continued to September 3, 2013 or the date that the court sets the hearing on the Motion for Preliminary Injunction and Motion to Dismiss filed in the Adversary Proceeding (case #13-04056).

                                                   Respectfully submitted,
                                                   U.S. Bank, National Association, as Trustee for
                                                   Credit Suisse First Boston CSFB 2004-AR3,
                                                   By its Attorney,

                                                 /s/ Rian K. Vernon
                                                 Rian K Vernon, Esquire
                                                 BBO# 662635
                                                 HARMON LAW OFFICES, P.C.
                                                 P.O. Box 610345
                                                 Newton Highlands, MA 02461-0345
                                                 781-398-4800
                                                 mabk@harmonlaw.com

Assented to by:
Nancy L. Boyer,
By her Attorney,

 /s/ Andrew W. Evans
Andrew W. Evans, Esquire
Evans & Evans
58 Main Street
Topsfield, MA 01983
(978) 887-2166
Fax: (978) 887-3684
Email: aevans@evansevanslaw.com

Dated:  August 13, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| IN RE:<br><br>Nancy L. Boyer | CHAPTER 13<br>CASE NO. 13-41263-HJB |
|---|---|

<u>CERTIFICATE OF SERVICE</u>

    I, Rian K. Vernon, Esquire, state that on August 13, 2013, I electronically filed the foregoing Motion to Continue with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire, Assistant U.S. Trustee
Denise M. Pappalardo, Esquire, Chapter 13 Trustee
Andrew W. Evans, Esquire for the Debtor

    I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Rian K. Vernon
Rian K. Vernon, Esquire
BBO# 662635

Nancy L. Boyer
2 Dufton Road
Andover, MA 01810