UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| In re: | CHAPTER 13 |
|---|---|
| Nancy L. Boyer | CASE NO. 13-41263-HJB |

### Order Granting U.S. Bank, National Association, as Trustee for Credit Suisse First Boston CSFB 2004-AR3 Relief From The Automatic Stay

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that U.S. Bank, National Association, as Trustee for Credit Suisse First Boston CSFB 2004-AR3, is hereby granted relief from the automatic stay and it or any of its Successors and/or Assigns may bring such actions as are permissible by state law to exercise its rights to the property identified as 2 Dufton Road, Andover, MA 01810 all as set forth in its motion.

~~The provisions of Rule 4001(a)(3) are hereby waived making this order effective on the date it is signed.~~

Honorable Henry J. Boroff
United States Bankruptcy Judge

9/24/13